```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>DALE R. PERRY,<br><br>          Defendant. | NO. CR-06-0098-EFS<br><br>**ORDER GRANTING AND DENYING IN PART DEFENDANT'S MOTION TO MODIFY CONDITIONS OF PROBATION** |

     A hearing was held in the above-captioned on December 13, 2007, in Spokane, Washington. Defendant Dale R. Perry was present, represented in-person by Stephen R. Hormel and telephonically by Amy H. Rubin. Assistant United States Attorney Thomas O. Rice appeared on behalf of the Government. Before the Court was Defendant's Motion to Modify Conditions of Probation. (Ct. Rec. 186.) This Order serves to memorialize the Court's oral rulings.

     Accordingly, **IT IS HEREBY ORDERED**: Defendant's Motion to Modify Conditions of Probation **(Ct. Rec. 186)** is **GRANTED AND DENIED IN PART.**

     1. Defendant's request to reduce his monthly payments to Bannum Residential Reentry Center is GRANTED. Defendant's monthly payments to Bannum shall be reduced from twenty-five percent (25%) of his gross pay to $300.00 per month.

ORDER ~ 1

1    2. Defendant's request to suspend drug testing is DENIED.

2    3. Defendant's request to modify Special Condition No. 20 is GRANTED. The United States Probation Office shall have discretionary authority to determine what evaluations and treatment programs are necessary to address Defendant's gambling addiction.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide copies to counsel and the U.S. Probation Office.

**DATED** this ___18th___ day of December 2007.


                            S/ Edward F. Shea
                            EDWARD F. SHEA
                        United States District Judge

Q:\Criminal\2006\98.Modify.Probation.wpd

ORDER ~ 2