UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>DALE R. PERRY,<br><br>                Defendant. | NO. CR-06-0098-EFS<br><br>**ORDER DENYING DEFENDANT'S MOTION TO MODIFY PROBATION CONDITIONS AND MOTION TO STAY** |

Before the Court are Defendant Dale R. Perry's Motion to Modify Conditions of Probation (Ct. Rec. 208) and Motion to Stay Transfer to Another Facility (Ct. Rec. 211). On March 31, 2008, Defendant will be transferred from Bannum House to the Geiger Correctional Center. Defendant insists that Geiger's conditions are "more synonymous with a prison" and, based upon his exemplary behavior, asks that he be allowed to spend his remaining time[1] on home confinement. (Ct. Rec. 209 at 3.) After review, the Court finds good cause does not exist to modify Defendant's probation conditions.

---

[1] Defendant estimates that, on March 31, 2008, he will have approximately fifty-three (53) days remaining to be served at a residential reentry center.

ORDER ~ 1

1  Accordingly, **IT IS HEREBY ORDERED:**

2  1. Defendant's Motion to Expedite Motion to Modify Conditions of
3  Probation **(Ct. Rec. 213) is GRANTED.**

4  2. Defendant's Motion to Expedite Motion to Stay Transfer to RRC
5  **(Ct. Rec. 214) is GRANTED.**

6  3. Defendant's Motion to Modify Conditions of Probation
7  **(Ct. Rec. 208) is DENIED.**

8  4. Defendant's Motion to Stay Transfer to Another Facility
9  **(Ct. Rec. 211) is DENIED.**

10  **IT IS SO ORDERED.** The District Court Executive is directed to enter
11  this Order and to provide copies to counsel and the Probation Office.

12  **DATED** this  25th  day of March 2008.

                            S/ Edward F. Shea
                            EDWARD F. SHEA
                        United States District Judge

Q:\Criminal\2006\98.ModifyConditions.wpd

ORDER ~ 2