UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>DALE R. PERRY,<br><br>              Defendant. | No. CR-06-0098-EFS-1<br><br>**ORDER TERMINATING PROBATION** |

A hearing occurred in the above-captioned matter on December 10, 2009. Defendant Dale R. Perry was present, represented by Amy Rubin. Assistant United States Attorney Thomas Rice appeared. Before the Court was Defendant's Motion for Early Termination (Ct. Rec. 216), requesting that his three-year term of probation be terminated early. After reviewing the submitted material and hearing from counsel and the U.S. Probation Office, the Court is fully informed. The Court finds, after considering the applicable 18 U.S.C. § 3553 factors, that justice favors, and Defendant's conduct warrants, early termination of probation. Accordingly, **IT IS HEREBY ORDERED: Defendant's probation is TERMINATED and Defendant is DISCHARGED as of December 10, 2009.**

ORDER ~ 1

1       **IT IS SO ORDERED.** The District Court Executive is hereby directed
2   to enter this Order and provide a copy to counsel and the U.S. Probation
3   Office.
4       DATED this    11th    day of December 2009.

6                          _____s/Edward F. Shea_____
                                          EDWARD F. SHEA
7                                   United States District Judge

Q:\Criminal\2006\0098.1early.term.prob.frm

ORDER DENYING MOTION TO SUPPRESS - 2